UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON WIMBERLY,

                Plaintiff,

    -against-

JEAN PARIS PRINSTON; CHRISTOPHER
PRINSTON; JANE DOE,

                Defendants.

26-cv-4395 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 30, 2026, order, this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 30, 2026
         New York, New York

                          /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                 Chief United States District Judge